**FILED**
February 6, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )   Case No. 2:13-mj-00035-EFB
          Plaintiff,            )
v.                              )
                                )   ORDER FOR RELEASE OF
MARLON WASHINGTON,              )   PERSON IN CUSTODY
                                )
          Defendant.            )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARLON WASHINGTON, Case No. 2:13-mj-00035-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  2/6/2013  at  2:50pm.

By _____
Edmund F. Brennan
United States Magistrate Judge